IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT SANTIAGO, et al.,

    Plaintiffs,

v.

ARAMARK UNIFORM AND CAREER APPAREL, LLC,

    Defendant.

No. C 12-04462 JSW

**ORDER VACATING HEARING AND CASE MANAGEMENT CONFERENCE**

This matter is scheduled for a hearing on November 16, 2012, on the motion to remand filed by Plaintiff Robert Santiago. The Court has considered the parties' papers, the record in this case, relevant legal authority, and the Court finds the matter suitable for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b). The Court VACATES the hearing scheduled for November 16, 2012, and it also VACATES the initial case management conference scheduled for December 7, 2012 at 1:30 p.m. The Court shall reset the case management conference, if necessary, in its written ruling resolving the motion to remand.

**IT IS SO ORDERED.**

Dated: November 13, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE