| | |
|---|---|
| 1 | ERIC MECKLEY, SBN 168181 |
| | KATHRYN M. NAZARIAN, SBN 259392 |
| 2 | MORGAN, LEWIS & BOCKIUS LLP |
| | One Market, Spear Street Tower |
| 3 | San Francisco, CA 94105-1126 |
| | Tel: 415.442.1000 |
| 4 | Fax: 415.442.1001 |
| | emeckley@morganlewis.com |
| 5 | knazarian@morganlewis.com |
| 6 | Attorneys for Defendant |
| | ARAMARK UNIFORM & CAREER APPAREL, LLC |
| 7 | |
| | ERIC A. GROVER, SBN 136080 |
| 8 | JADE BUTMAN, SBN 235920 |
| | KELLER GROVER LLP |
| 9 | 1965 Market Street |
| | San Francisco, CA 94103 |
| 10 | Tel: 415.543.1305 |
| | Fax: 415.543.7861 |
| 11 | eagrover@kellergrover.com |
| | jbutman@kellergrover.com |
| 12 | |
| | Attorneys for Plaintiff |
| 13 | ROBERT SANTIAGO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SANTIAGO, on behalf of himself and all others similarly situated, and on behalf of the general public, | Case No. CV 12-4462 JSW |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| vs. | |
| ARAMARK UNIFORM AND CAREER APPAREL, LLC, and DOES 1 through 10, inclusive, | Complaint Filed: July 20, 2012 |
| Defendants. | |

Plaintiff Robert Santiago ("Plaintiff") and Defendant ARAMARK Uniform & Career Apparel, LLC ("Defendant" or "AUCA"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1. The initial Case Management Statement in this matter is currently scheduled for January 4, 2013 at 1:30 p.m. in Courtroom 11 before the Honorable Jeffrey S. White.

2. On December 21, 2012, Defendant filed a Motion for Judgment on the Pleadings and Motion to Dismiss pursuant to Rules 12(c) and 12(h)(3). Defendant's motion is scheduled to be heard by the Court on February 8, 2013.

3. Given the pending motion, which seeks to dismiss the entire action, the Parties believe that it would preserve, and make the most efficient use of, the Court's and the Parties' time and resources to continue the case management conference to a date following the Court's ruling on Defendant's motion. The contemplated continuance would result in the initial case management conference being moved out approximately seven (7) or so weeks.

4. Such a brief continuance will not adversely impact the management of this case or result in undue prejudice or delay.

Dated: December 27, 2012              KELLER GROVER LLP


                                      By:   /S/ Jade Butman
                                         Jade Butman
                                         Attorneys for Plaintiff
                                         ROBERT SANTIAGO

1 | Dated: December 27, 2012　　　　　　　　　　MORGAN, LEWIS & BOCKIUS LLP

By:  _____*/S/ Eric Meckley*_____
　　　Eric Meckley
　　　Attorneys for Defendant
　　　ARAMARK UNIFORM & CAREER
　　　APPAREL, LLC

**[PROPOSED]** ORDER

The Parties' requested continuance of the January 4, 2013 initial case management conference is hereby GRANTED. The new date for the initial case management conference is  March 22 _____, 2013. An updated joint case management conference statement must be filed seven days before the case management conference.
　　　　　at 1:30 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __January 3, 2013_____　　　　　_/s/ Jeffrey S. White_____
　　　　　　　　　　　　　　　　　　　　　HON. JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

2　　STIPULATION AND [PROPOSED] ORDER
　　　TO CONTINUE CMC
　　　(CASE NO. CV 12-4462 JSW)

DB1/ 72468448.1