1  ERIC A. GROVER, SBN 136080
   JADE BUTMAN, SBN 235920
2  KELLER GROVER LLP
   1965 Market Street
3  San Francisco, CA 94103
   Tel: 415.543.1305
4  Fax: 415.543.7861
   eagrover@kellergrover.com
5  jbutman@kellergrover.com

6  Attorneys for Plaintiff
   ROBERT SANTIAGO
7
   ERIC MECKLEY, SBN 168181
8  KATHRYN M. NAZARIAN, SBN 259392
   MORGAN, LEWIS & BOCKIUS LLP
9  One Market, Spear Street Tower
   San Francisco, CA 94105-1126
10 Tel: 415.442.1000
   Fax: 442-1001
11 emeckley@morganlewis.com
   knazarian@morganlewis.com
12 Attorneys for Defendant
   ARAMARK UNIFORM AND CAREER
13 APPAREL, LLC

14

                    UNITED STATES DISTRICT COURT
15
                    NORTHERN DISTRICT OF CALIFORNIA
16

17 | ROBERT SANTIAGO, on behalf of himself and all others similarly situated, and on behalf of the general public, | Case No. CV 12-4462 JSW |
   |---|---|
   | Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE** |
   | vs. | |
   | ARAMARK UNIFORM AND CAREER APPAREL, LLC, and DOES 1 through 10, inclusive, | Complaint Filed: July 20, 2012 |
   | Defendants. | |

Plaintiff Robert Santiago ("Plaintiff") and Defendant ARAMARK Uniform & Career Apparel, LLC ("Defendant" or "AUCA"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1. On December 21, 2012, Defendant filed a Motion for Judgment on the Pleadings and Motion to Dismiss pursuant to Rules 12(c) and 12(h)(3). Defendant's motion is scheduled to be heard by the Court on February 8, 2013.

2. In light of holiday schedules and attorney absences, the parties have agreed to give each side additional time to file their respective opposition and reply papers.

3. Accordingly, the parties have agreed to extend Plaintiff's deadline to oppose the motion from January 4, 2011, to January 11, 2013; and agreed to extend Defendant's deadline to reply to Plaintiff's opposition to the motion from January 11, 2013, to January 25, 2013.

4. Under the proposed schedule, the Court will have the fully briefed motion by January 25, 2013, two weeks before the February 8, 2013 hearing date.

Dated: January 2, 2012                    KELLER GROVER LLP


                                          By: ___*/s/ Jade Butman*_____
                                              Jade Butman
                                              Attorneys for Plaintiff
                                              ROBERT SANTIAGO

Dated: January 2, 2012                    MORGAN, LEWIS & BOCKIUS LLP


                                          By: ___*/s/ Eric Meckley*_____
                                              Eric Meckley
                                              Attorneys for Defendant
                                              ARAMARK UNIFORM & CAREER
                                              APPAREL, LLC

1 **[PROPOSED] ORDER**

2     The Parties' requested modification of the briefing schedule is hereby GRANTED.

3 Plaintiff shall file his opposition on or before January 11, 2013. Defendant shall file its reply on

4 or before January 25, 2013.

5 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

6

7 Dated: January 3, 2013                 _____

8                                                                 HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28