| | |
|---|---|
| 1 | ERIC A. GROVER, SBN 136080 |
| | JADE BUTMAN, SBN 235920 |
| 2 | KELLER GROVER LLP |
| | 1965 Market Street |
| 3 | San Francisco, CA 94103 |
| | Tel: 415.543.1305 |
| 4 | Fax: 415.543.7861 |
| | eagrover@kellergrover.com |
| 5 | jbutman@kellergrover.com |
| 6 | Attorneys for Plaintiff |
| | ROBERT SANTIAGO |
| 7 | |
| | ERIC MECKLEY, SBN 168181 |
| 8 | KATHRYN M. NAZARIAN, SBN 259392 |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 9 | One Market, Spear Street Tower |
| | San Francisco, CA 94105-1126 |
| 10 | Tel: 415.442.1000 |
| | Fax: 415.442.1001 |
| 11 | emeckley@morganlewis.com |
| | knazarian@morganlewis.com |
| 12 | |
| | Attorneys for Defendant |
| 13 | ARAMARK UNIFORM AND CAREER |
| | APPAREL, LLC |
| 14 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 17 | ROBERT SANTIAGO, on behalf of himself and all others similarly situated, and on behalf of the general public, | Case No. CV 12-4462 JSW |
| 18 | | **FURTHER STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE** |
| 19 | Plaintiffs, | |
| 20 | vs. | |
| 21 | ARAMARK UNIFORM AND CAREER APPAREL, LLC, and DOES 1 through 10, inclusive, | Complaint Filed: July 20, 2012 |
| 22 | | |
| 23 | Defendants. | |

Plaintiff Robert Santiago ("Plaintiff") and Defendant ARAMARK Uniform & Career Apparel, LLC ("Defendant" or "AUCA"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1. On December 21, 2012, Defendant filed a Motion for Judgment on the Pleadings and Motion to Dismiss pursuant to Rules 12(c) and 12(h)(3). Defendant's motion is scheduled to be heard by the Court on February 8, 2013.

2. On January 2, 2013, the parties agreed to give each side additional time to file their respective opposition and reply papers in light of holiday schedules and attorney absences.

3. On January 3, 2013, the Court extended Plaintiff's deadline to oppose the motion from January 4, 2013, to January 11, 2013; and extended Defendant's deadline to reply to Plaintiff's opposition to the motion from January 11, 2013, to January 25, 2013.

4. Currently, the parties are in discussions regarding the dismissal of the lawsuit, which would obviate the need for the parties to file their respective opposition and reply papers, and thereby conserve the Court's and the parties' time and resources.

5. Accordingly, the parties have agreed to further extend Plaintiff's deadline to oppose the motion from January 11, 2013, to January 18, 2013; Defendant's deadline to reply to Plaintiff's opposition to the motion will stay at January 25, 2013.

6. Under the proposed extended briefing schedule, the Court will have the fully briefed motion by January 25, 2013, two weeks prior to the February 8, 2013 hearing date.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: January 11, 2013 | KELLER GROVER LLP |
| 3 | | |
| 4 | | |
| 5 | | By: */s/ Jade Butman*<br>Jade Butman<br>Attorneys for Plaintiff |
| 6 | | ROBERT SANTIAGO |
| 7 | | |
| 8 | Dated: January 11, 2013 | MORGAN, LEWIS & BOCKIUS LLP |
| 9 | | |
| 10 | | By: */s/ Eric Meckley*<br>Eric Meckley<br>Attorneys for Defendant |
| 11 | | ARAMARK UNIFORM & CAREER<br>APPAREL, LLC |

2

FURTHER STIPULATION AND
[PROPOSED] ORDER TO MODIFY
BRIEFING SCHEDULE
(CASE NO. CV 12-4462 JSW)

**[PROPOSED] ORDER**

The Parties' further requested modification to the briefing schedule on Defendant's motion is hereby GRANTED. Plaintiff shall file his opposition on or before January 18, 2013. Defendant shall file its reply on or before January 25, 2013.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 14, 2013          _____
                                 HON. JEFFREY S. WHITE
                                 UNITED STATES DISTRICT COURT